UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized
Indian Tribe;

        Plaintiff,        Case No. 04-21448-CIV-GOLD

v.

UNITED STATES OF AMERICA;
ENVIRONMENTAL PROTECTION AGENCY;
STEPHEN JOHNSON, Administrator of the EPA;
JIMMY PALMER, Regional Administrator of the
EPA, Region IV

        Defendants.
_____/

### ORDER GRANTING ORE TENUS REQUEST TO BRING LAPTOP COMPUTERS, ELECTRONICS, POWER POINT EQUIPMENT AND SCREEN, AS WELL AS ANY WIRING NECESSARY INTO THE COURTHOUSE FOR USE IN THE COURTROOM DURING THE ORAL ARGUMENT

THIS CAUSE came before the Court, without hearing, to enter an Order Granting the parties' request to bring laptop computers, electronics, and other wiring necessary, into the Courthouse for use in the courtroom during the oral argument on Monday, April 21, 2008 and Tuesday, April 22, 2008, and the Court being otherwise fully advised, does hereby:

ORDERED AND ADJUDGED as follows:

1.    The Parties' request is hereby Granted.

2.    Courthouse security personnel are hereby ordered to permit employees of the law offices listed below, to enter the courthouse and to obtain access to the courtroom with the foregoing technology and equipment on **Friday, April 18, 2008, Monday, April 21, 2008 and Tuesday, April 22, 2008** for purposes of setting up and utilizing such technology and

equipment in proceedings before the Court.  Such persons are also granted access to the courtroom to break down and remove such technology and equipment.  **[NOTE: All persons entering the Courthouse shall abide by current security requirements and must present picture identification].** The following is a list of employees permitted to bring the electronic equipment into the courthouse.

| | |
|---|---|
| Berger Singerman PA<br>200 South Biscayne Blvd.,<br>Suite 1000<br>Miami, Florida 33131<br>**Gerard Williamson**<br>**Dainon Armstrong**<br>**Odalys Gonzalez**<br>Esquire Express Inc. | **Gabriel E. Nieto**<br>**Anthony J O'Donnell, Jr.**<br>**Dexter Wayne Lehtinen**<br>**Kelly Brooks Smith**<br>**Claudio Riedi**<br>**Felippe Moncarz**<br>**John E. Childe**<br>**Kenneth B. Hayman** |
| Lehtinen Vargas Reiner & Riedi<br>7700 N Kendall Drive<br>Suite 303<br>Miami, FL 33156 | **Norman L. Rave, Jr.**<br>**Philip Mancusi-Ungaro**<br>**Joseph Peter Klock, Jr.**<br>**Juan Carlos Antorcha** |

Department of Environmental Protection
3900 Commonwealth Boulevard
Mail Station 35
Tallahassee, FL 32399-3000

Epstein Becker & Green, P.C.
Wachovia Financial Center
200 S Biscayne Boulevard
43rd Floor
Miami, FL 33131

United States Environmental Protection
Agency Region IV
61 Forsyth Street
Atlanta, GA 30303

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this 17th day of April, 2008.

                                                  The Honorable Alan S. Gold
                                                  United States District Judge

cc:    U.S. Magistrate Judge William C. Turnoff
        All counsel of record