UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 04-21448-CIV-GOLD (and consolidated cases)

MICCOSUKEE TRIBE OF INDIANS
OF FLORIDA, a federally-recognized
Indian Tribe; and FRIENDS OF THE
EVERGLADES,

   Plaintiffs,
v.

UNITED STATES OF AMERICA, *et al.*,

   Defendants.
_____/

**ORDER STAYING OCTOBER 7, 2010 HEARING; SETTING ORAL ARGUMENT ON PLAINTIFF FRIENDS OF THE EVERGLADES' MOTION TO ADD SOUTH FLORIDA WATER MANAGEMENT DISTRICT AS A PARTY [ECF No. 477]**

THIS CAUSE is before the Court on Defendants United States of America, United States Environmental Protection Agency ("EPA"), the Administrator of the EPA, and the Regional Administrator of the EPA, Region IV's (collectively "EPA" or "Defendants") Notice of Filing Petition for Writ of Mandamus **[ECF No. 487]**. On September 23, 2010, Defendants filed a "Time-Sensitive Motion for a Stay Pending Appeal and Expedited Resolution of Appeal from a District Court Order Directing the Administrator of the EPA, Lisa P. Jackson, a Cabinet-Level Official, to Appear at a Hearing on October 7, 2010, or in the Alternative Petition for a Writ of Mandamus or Injunctive Relief - Ruling Requested by September 30, 2010" ("Appeal") to the Eleventh Circuit **[ECF No. 487-2]**. As part of the appeal, Defendants appealed my September 21, 2010 Order Denying Defendants' Motion Requesting Leave to Substitute the Appearance of the Assistant Administrator for Water

1

for the Appearance of the Administrator at the October 7 Hearing **[ECF No. 460]**; Denying *Ore Tenus* Motion to Stay ("September 21, 2010 Order") **[ECF No. 480]**.

On September 27, 2010, Plaintiff Friends of the Everglades ("Friends") filed a Motion to Dismiss Defendants' Appeal. Also on September 27, 2010, Plaintiff Miccosukee Tribe of Indians of Florida ("Miccosukee Tribe") filed a Response in Opposition to Defendants' Appeal.

On September 30, 2010, the Eleventh Circuit "stay[ed] the portion of the Contempt Order which requires the EPA Administrator's personal appearance at the October 7, 2010[] hearing[.]" **[ECF No. 487-1, p. 5]**. The Eleventh Circuit also invited, but did not require, that I address the mandamus petition. *Id.* at p. 4. In accordance with the Eleventh Circuit's invitation, I submit that any response would be duplicative of my September 21, 2010 Order **[ECF No. 480]** and accordingly, I refer the Eleventh Circuit to my September 21, 2010 Order **[ECF No. 480]** in lieu of an additional response.

On September 17, 2010, Friends filed a Motion to Add South Florida Water Management District as a Party **[ECF No. 477]**. Having reviewed the Motion and the record, I conclude that oral argument is necessary.

Based on the foregoing, it is hereby ORDERED AND ADJUDGED that:

1. The October 7, 2010 hearing set in accordance with my April 14, 2010 Order Granting Plaintiffs' Motions In Part; Granting Equitable Relief; Requiring Parties to Take Action By Dates Certain **[ECF No. 404]** is STAYED pending a ruling from the Eleventh Circuit on the petition for writ of mandamus, upon which time a new hearing date will be set on all pending motions and matters (except as stated in Paragraph 2 below).

2.  Oral argument on Friends' Motion to Add South Florida Water Management District as a Party **[ECF No. 477]** is hereby set before the Honorable Alan S. Gold, at the United States District Courthouse, Courtroom 11-1, Eleventh Floor, 400 North Miami Avenue, Miami, Florida, 33128 on **Wednesday, November 3, 2010 at 5:00 p.m.** The parties are hereby placed on notice that if the Court is not engaged in trial during this time, the oral argument may be rescheduled to an earlier time in the day and all parties will be provided with notice of such rescheduling.

DONE AND ORDERED in at Miami, Florida, this __1__ day of October, 2010.

   THE HONORABLE ALAN S. GOLD
   UNITED STATES DISTRICT JUDGE

cc:   U.S. Court of Appeals for the Eleventh Circuit
      U.S. Magistrate Judge Chris M. McAliley
      Counsel of record