# EXHIBIT C

# (Invoices and Supporting Documentation)

From Jan. 01, 2010 To Apr. 30, 2011 23:59　　　　　　　　　　　　　　　　　　Ran on: May. 17, 2011 3:23 PM

| Type | Date Time | User | Client/Matter | Device Name | Description | Duration | Items | Cost | St. |
|---|---|---|---|---|---|---|---|---|---|
| Copy | Jun. 11, 2010 13:03:33 | 7540 - CLAYMAN, LAND | 011077-000003 | Xerox 41 | | 00:25:52 | 471 | $47.10 | P |
| Copy | Jun. 18, 2010 12:20:57 | 7052 - LAVIN, GEORGE | 011077-000003 | Xerox 41 | | 00:01:05 | 15 | $1.50 | P |
| Copy | Jun. 30, 2010 18:15:30 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:46:37 | 1017 | $101.70 | P |
| Copy | Jul. 01, 2010 09:48:15 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:05:08 | 53 | $5.30 | P |
| Copy | Jul. 02, 2010 10:19:39 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:08:00 | 48 | $4.80 | P |
| Copy | Jul. 02, 2010 15:40:21 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:07:16 | 5 | $0.50 | P |
| Copy | Jul. 02, 2010 16:38:50 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:48:34 | 146 | $14.60 | P |
| Copy | Jul. 07, 2010 13:48:07 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:00:15 | 1 | $0.10 | P |
| Copy | Jul. 07, 2010 18:07:07 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:25:13 | 1884 | $188.40 | P |
| Copy | Jul. 07, 2010 19:49:06 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:19:07 | 482 | $48.20 | P |
| Copy | Jul. 09, 2010 17:39:55 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:07:44 | 85 | $8.50 | P |
| Copy | Jul. 12, 2010 17:16:20 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 57 | | 00:00:20 | 1 | $0.10 | P |
| Copy | Jul. 13, 2010 09:44:31 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:05:04 | 49 | $4.90 | P |
| Copy | Jul. 13, 2010 11:27:20 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:02:24 | 22 | $2.20 | P |
| Copy | Jul. 14, 2010 14:56:58 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:21 | 3 | $0.30 | P |
| Copy | Jul. 16, 2010 08:25:56 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:01:40 | 5 | $0.50 | P |
| Copy | Jul. 20, 2010 08:37:51 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:20:44 | 39 | $3.90 | P |
| Copy | Jul. 22, 2010 13:59:39 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:00:33 | 6 | $0.60 | P |
| Copy | Jul. 27, 2010 13:29:59 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:12:43 | 182 | $18.20 | P |
| Copy | Jul. 27, 2010 17:16:20 | 0030 - FREEDMAN, KIME | 011077-000003 | Xerox 57 | | 00:13:50 | 64 | $6.40 | P |
| Copy | Jul. 30, 2010 11:37:51 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 01:11:44 | 2464 | $246.40 | P |
| Copy | Aug. 03, 2010 13:29:41 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:06:37 | 100 | $10.00 | P |
| Copy | Aug. 03, 2010 15:56:51 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:36 | 4 | $0.40 | P |
| Copy | Aug. 03, 2010 18:08:48 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:09:52 | 340 | $34.00 | P |
| Copy | Aug. 04, 2010 10:27:04 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:00:27 | 1 | $0.10 | P |
| Copy | Aug. 06, 2010 10:11:48 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:01:41 | 136 | $13.60 | P |
| Copy | Aug. 10, 2010 11:34:05 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:20:56 | 14 | $1.40 | P |
| Copy | Aug. 10, 2010 14:47:55 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:18:04 | 402 | $40.20 | P |
| Copy | Aug. 11, 2010 16:37:00 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:04:48 | 169 | $16.90 | P |
| Copy | Aug. 11, 2010 17:50:41 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:16:36 | 344 | $34.40 | P |
| Copy | Aug. 11, 2010 18:46:56 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:06:49 | 52 | $5.20 | P |
| Copy | Aug. 12, 2010 10:13:00 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:06:41 | 15 | $1.50 | P |
| Copy | Aug. 12, 2010 13:11:27 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:01:02 | 26 | $2.60 | P |
| Copy | Aug. 17, 2010 10:52:22 | 0030 - FREEDMAN, KIME | 011077-000003 | Xerox 41 | | 00:07:05 | 5 | $0.50 | P |
| Copy | Aug. 17, 2010 11:10:48 | 0030 - FREEDMAN, KIME | 011077-000003 | Xerox 41 | | 00:09:28 | 7 | $0.70 | P |
| Copy | Aug. 18, 2010 10:50:37 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:04:33 | 130 | $13.00 | P |
| Copy | Aug. 19, 2010 16:36:49 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:04:11 | 8 | $0.80 | P |
| Copy | Aug. 23, 2010 15:09:26 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:06:26 | 142 | $14.20 | P |
| Copy | Aug. 24, 2010 10:43:58 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:16:56 | 321 | $32.10 | P |
| Copy | Aug. 24, 2010 11:02:24 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:01:14 | 17 | $1.70 | P |
| Copy | Aug. 24, 2010 13:06:18 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:01:40 | 28 | $2.80 | P |
| Copy | Aug. 24, 2010 18:17:28 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:09:17 | 167 | $16.70 | P |
| Copy | Aug. 24, 2010 18:27:23 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:42:51 | 3903 | $390.30 | P |
| Copy | Aug. 24, 2010 18:48:28 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:29:06 | 2432 | $243.20 | P |
| Copy | Aug. 24, 2010 19:15:57 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:43:48 | 1660 | $166.00 | P |
| Copy | Aug. 25, 2010 11:35:04 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:14:57 | 549 | $54.90 | P |
| Copy | Aug. 25, 2010 12:58:27 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:22 | 1 | $0.10 | P |
| Copy | Aug. 26, 2010 09:41:53 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:25:42 | 208 | $20.80 | P |
| Copy | Aug. 26, 2010 18:13:29 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:19:55 | 305 | $30.50 | P |
| Copy | Aug. 30, 2010 12:08:19 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:53:11 | 1223 | $122.30 | P |
| Copy | Aug. 31, 2010 15:38:46 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:02:00 | 96 | $9.60 | P |
| Copy | Sep. 11, 2010 15:33:43 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:10:22 | 312 | $31.20 | P |
| Copy | Sep. 15, 2010 16:55:01 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:05:42 | 80 | $8.00 | P |
| Copy | Sep. 17, 2010 14:44:37 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:02:13 | 16 | $1.60 | P |
| Copy | Sep. 20, 2010 14:46:52 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:09:50 | 167 | $16.70 | P |
| Copy | Sep. 25, 2010 15:27:58 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:22:55 | 15 | $1.50 | P |
| Copy | Sep. 25, 2010 16:20:24 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:22:30 | 206 | $20.60 | P |
| Copy | Sep. 25, 2010 16:57:29 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:17:48 | 557 | $55.70 | P |
| Copy | Sep. 28, 2010 10:17:55 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:02:15 | 66 | $6.60 | P |
| Copy | Oct. 04, 2010 13:33:12 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:19 | 1 | $0.10 | P |
| Copy | Oct. 04, 2010 16:52:45 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:28:44 | 943 | $94.30 | P |

From Jan. 01, 2010 To Apr. 30, 2011 23:59                                                                                    Ran on: May. 17, 2011 3:23 PM

| Type | Date Time | User | Client/Matter | Device Name | Description | Duration | Items | Cost | St. |
|---|---|---|---|---|---|---|---|---|---|
| Copy | Oct. 04, 2010 17:33:15 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:05:15 | 23 | $2.30 | P |
| Copy | Oct. 05, 2010 14:10:09 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:00:17 | 1 | $0.10 | P |
| Copy | Oct. 11, 2010 13:06:49 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:33:54 | 33 | $3.30 | P |
| Copy | Oct. 12, 2010 18:05:30 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:47:31 | 929 | $92.90 | P |
| Copy | Oct. 20, 2010 16:57:52 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 57 | | 00:00:15 | 1 | $0.10 | P |
| Copy | Nov. 10, 2010 15:05:19 | 5300 - CLINTON, HELEN | 011077-000003 | Xerox 41 | | 00:07:47 | 330 | $33.00 | P |
| Copy | Dec. 03, 2010 14:11:17 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:47:07 | 465 | $46.50 | P |
| Copy | Dec. 03, 2010 16:00:16 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:09:13 | 40 | $4.00 | P |
| Copy | Dec. 03, 2010 16:34:29 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 02:09:12 | 3737 | $373.70 | P |
| Copy | Dec. 09, 2010 12:24:20 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:21:16 | 280 | $28.00 | P |
| Copy | Dec. 13, 2010 17:05:03 | 8408 - SHARPSTEIN, RIC | 011077-000003 | Xerox 41 | | 00:09:44 | 273 | $27.30 | P |
| Copy | Dec. 20, 2010 09:03:21 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:27 | 2 | $0.20 | P |
| Copy | Dec. 20, 2010 15:42:11 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:03:19 | 3 | $0.30 | P |
| Copy | Jan. 13, 2011 14:29:48 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:00:54 | 2 | $0.20 | P |
| Copy | Jan. 13, 2011 16:30:06 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:28:01 | 2326 | $232.60 | P |
| Copy | Jan. 13, 2011 17:00:02 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:16:33 | 346 | $34.60 | P |
| Copy | Jan. 13, 2011 17:30:18 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:28:05 | 549 | $54.90 | P |
| Copy | Jan. 21, 2011 09:34:59 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:06:20 | 1 | $0.10 | P |
| Copy | Jan. 24, 2011 12:12:02 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:05:15 | 2 | $0.20 | P |
| Copy | Jan. 24, 2011 17:12:43 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:07:06 | 160 | $16.00 | P |
| Copy | Jan. 27, 2011 11:23:05 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:38:51 | 1163 | $116.30 | P |
| Copy | Jan. 27, 2011 12:03:01 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 02:06:30 | 3599 | $359.90 | P |
| Copy | Jan. 27, 2011 16:30:35 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:23:22 | 1524 | $152.40 | P |
| Copy | Jan. 27, 2011 17:11:36 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:03:57 | 254 | $25.40 | P |
| Copy | Jan. 27, 2011 17:41:48 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:28:26 | 127 | $12.70 | P |
| Copy | Jan. 28, 2011 09:18:51 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:01:31 | 71 | $7.10 | P |
| Copy | Jan. 28, 2011 12:08:30 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:02:38 | 11 | $1.10 | P |
| Copy | Feb. 02, 2011 11:21:49 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:49 | 27 | $2.70 | P |
| Copy | Feb. 02, 2011 11:26:10 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:02:29 | 74 | $7.40 | P |
| Copy | Feb. 02, 2011 11:48:00 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:27:12 | 2200 | $220.00 | P |
| Copy | Feb. 02, 2011 12:18:17 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:32:20 | 1308 | $130.80 | P |
| Copy | Feb. 03, 2011 11:39:38 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:10:46 | 600 | $60.00 | P |
| Copy | Feb. 03, 2011 16:19:51 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:09:59 | 750 | $75.00 | P |
| Copy | Feb. 04, 2011 12:48:27 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:37:13 | 2680 | $268.00 | P |
| Copy | Feb. 08, 2011 12:19:39 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:13:49 | 900 | $90.00 | P |
| Copy | Feb. 08, 2011 16:28:48 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:11:26 | 461 | $46.10 | P |
| Copy | Feb. 08, 2011 17:10:00 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:14 | 5 | $0.50 | P |
| Copy | Feb. 08, 2011 17:16:09 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:08:38 | 7 | $0.70 | P |
| Copy | Feb. 08, 2011 17:29:45 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:41 | 24 | $2.40 | P |
| Copy | Feb. 08, 2011 17:38:33 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:47:34 | 2303 | $230.30 | P |
| Copy | Feb. 11, 2011 16:52:20 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:13:46 | 725 | $72.50 | P |
| Copy | Feb. 14, 2011 17:41:37 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 01:00:40 | 1169 | $116.90 | P |
| Copy | Feb. 15, 2011 14:21:25 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:03:15 | 45 | $4.50 | P |
| Copy | Feb. 15, 2011 16:21:20 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:08:33 | 453 | $45.30 | P |
| Copy | Feb. 17, 2011 16:55:16 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 01:01:10 | 412 | $41.20 | P |
| Copy | Feb. 24, 2011 11:34:08 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:01:43 | 2 | $0.20 | P |
| Copy | Feb. 24, 2011 17:23:06 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:15:05 | 434 | $43.40 | P |
| Copy | Feb. 25, 2011 15:27:26 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:27:21 | 409 | $40.90 | P |
| Copy | Feb. 25, 2011 15:59:00 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:54 | 42 | $4.20 | P |
| Copy | Feb. 28, 2011 10:16:17 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:02:02 | 100 | $10.00 | P |
| Copy | Feb. 28, 2011 16:42:10 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:01:02 | 54 | $5.40 | P |
| Copy | Mar. 10, 2011 11:24:28 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:04:08 | 14 | $1.40 | P |
| Copy | Mar. 18, 2011 11:21:13 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:02:50 | 15 | $1.50 | P |
| Copy | Mar. 18, 2011 14:22:08 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:06:36 | 108 | $10.80 | P |
| Copy | Mar. 21, 2011 11:15:26 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:01:28 | 15 | $1.50 | P |
| Copy | Mar. 21, 2011 12:15:11 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:04:37 | 200 | $20.00 | P |
| Copy | Mar. 21, 2011 13:26:09 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:17:03 | 289 | $28.90 | P |
| Copy | Mar. 23, 2011 14:09:39 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:03:42 | 148 | $14.80 | P |
| Copy | Apr. 01, 2011 18:14:18 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 01:10:02 | 2939 | $293.90 | P |
| Copy | Apr. 06, 2011 16:40:36 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:41:31 | 2587 | $258.70 | P |
| Copy | Apr. 06, 2011 17:22:27 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 01:38:26 | 5151 | $515.10 | P |

From Jan. 01, 2010 To Apr. 30, 2011 23:59

Ran on: May. 17, 2011 3:23 PM

| Type | Date Time | User | Client/Matter | Device Name | Description | Duration | Items | Cost | St. |
|---|---|---|---|---|---|---|---|---|---|
| Copy | Apr. 07, 2011 15:20:48 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:05:26 | 1 | $0.10 | P |
| Copy | Apr. 11, 2011 11:09:01 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:00:24 | 1 | $0.10 | P |
| Copy | Apr. 12, 2011 17:14:28 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:23:52 | 301 | $30.10 | P |
| Copy | Apr. 14, 2011 10:56:47 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:08:37 | 7 | $0.70 | P |
| Copy | Apr. 25, 2011 16:41:19 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:00:57 | 40 | $4.00 | P |
| Copy | Apr. 26, 2011 13:09:20 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:15:15 | 1475 | $147.50 | P |
| Copy | Apr. 26, 2011 13:32:49 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:21:02 | 1453 | $145.30 | P |
| Copy | Apr. 26, 2011 16:49:40 | 3854 - O'DONNELL, SON | 011077-000003 | Xerox 41 | | 00:08:53 | 375 | $37.50 | P |
| Copy | Apr. 28, 2011 12:32:23 | 9001 - GAFFNEY, ONELI | 011077-000003 | Xerox 41 | | 00:00:36 | 1 | $0.10 | P |

**Report Totals:**     36:40:35    68766    $6,876.60

Record Count: 131

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev. 11/07) | **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA** | | | | | | | | |

**INVOICE NO: 02103186**

| | |
|---|---|
| Sonia Escobio O'Donnell<br>Jorden Burt, LLP<br>777 Brickell Avenue, Suite 500<br>Miami, FL 33131-2803<br><br>Phone: (305) 371-2600<br>FAX: (305) 372-9928<br><br>*eda@jordenusa.com* | **MAKE CHECKS PAYABLE TO:**<br>Joseph A. Millikan, FCRR-CM<br>Official Federal Court Reporter<br>400 N. Miami Avenue, Suite 11-1<br>Miami, FL 33128<br><br>Phone: (305) 523-5588<br>FAX (305) 523-5589<br><br>*jamillikan@aol.com* - DUNS: 137575770 |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 12-17-2010 | DATE DELIVERED: 12-17-2010 |
|---|---|---|---|

**Case Style:** 04-21448, Miccosukee Tribe of Indians v United States of America
Transcript of Proceedings before Hon. Alan S. Gold, United States District Judge, on 12.17.10

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 90 | 1.20 | 108.00 | | | | 108.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | |
|---|---|---|
| | MISC. CHARGES: | |
| | TOTAL: | 108.00 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:     Amt: | TOTAL DUE: | $108.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE *[signed] Joseph A. Millikan* | DATE 12.17.10 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

# CHECK/CASH REQUISITION

*28789 COD* ✓

| | | Date: June 4, 2010 |
|---|---|---|
| **Client/Matter** | **Disb. Code** | **Amount** |
| 11077.0003 | CACOPI | $122.50 ✓ |

| **CHECK REQUISITION:** | **CASH REQUISITION:** |
|---|---|
| CLIENT: Miccosukee Tribe of Indians of Florida | CERTIFIED: |
| MATTER: Miccosukee v. USA (Amended EPA) | TIME NEEDED: ASAP |
| PURPOSE OF: Court copies of appellate documents from the 11th Circuit | DELIVER TO: |
| PAYEE: Docket Legal | EXT. NO. 6930 |
| **Industry Group Expense Codes** (entered in lieu of Client Number):<br>1220 Life Insurance Industry Group<br>1221 Reinsurance Industry Group<br>1222 Banking & Consumer Finance Industry Group<br>1223 Securities Industry Group<br>1224 Investment Companies & Advisers Industry Group<br>1225 Property & Casualty Insurance Industry Group<br>1226 Health Care Industry Group<br>**Expense Category Codes** (entered in lieu of Matter Number)<br>003 Seminars<br>005 Client Development<br>007 Gifts<br>009 Contributions<br>010 Professional Membership<br>011 Other | **Practice Team Expense Codes** (entered in lieu of Client Number):<br>1240 Intellectual Property & Technology Practice Team<br>1242 Class Action Practice Team<br>1243 SEC/FINRA Practice Team<br>1244 National Trial Practice Team<br>1245 Insurance Regulatory & Transactions Practice Team<br>1247 Appellate Practice Team<br>1248 White Collar Defense & Appeals Practice Team<br>1249 Employment & ERISA Practice Team<br>**Expense Category Codes** (entered in lieu of Matter Number)<br>001 Training<br>003 Seminars<br>010 Professional Membership<br>011 Other |

## ACCT USE ONLY

| COMMENTS: | VENDOR ID: |
|---|---|
| | VOUCHER NO: |
| | GL NO: |

| **REQUESTED BY:**<br>Sonia Escobio O'Donnell | **ATTORNEY NO:**<br>1049 | **APPROVED BY:** |
|---|---|---|

**Approval Requirements:**
Client Disbursement – Client-Matter Responsible Attorney
Industry Group/Practice Team Expense – Group or Team Chairperson
Firm General Expense – Chief Operating Officer or Department Head

RECEIVED JUN - 7 2010

# DOCKET LEGAL SERVICES

80 Howard Street NW
Atlanta, GA. 30314
Phone: (404) 379-3921
Fax: (678) 609-4320
cmoss@docketlegalservices.com
www.docketlegalservices.com

Vivian F. Montejo  
Jorden Burt LLP  
777 Brickell Avenue Suite 500  
Miami, FL 33131

INVOICE: 1677  
6/3/2010

| Case No.: | 08-14902-GG | Crt Date: | | Received: 6/3/2010 | Completed: | 6/3/2010 |
|---|---|---|---|---|---|---|
| Job ID: | 10-000235 | Crt Time: | | Reference: Miccosukee Tribe | | |

Plaintiff: MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a federally-recognized Indian Tribe  
Defendant: UNITED STATES, ENVIRONMENTAL PROTECTION AGENCY, ADMINISTRATOR OF EPA,  
Name Srvd  
Location:

| Item | Qty. | Unit | Total |
|---|---|---|---|
| Document Retrieval | 1 | $50.00 | $50.00 |
| Rush Service | 1 | $15.00 | $15.00 |
| Court copies | 115 | $0.50 | $57.50 |
| | | Sub-Total | $122.50 |
| | | Total Fees | $122.50 |
| | | Payment | - |
| | | Balance Due | $122.50 |

**Thank You!**

Total due in 15 business days. Overdue accounts subject t a service charge of 15% per month.

**FEIN:**

Thursday, June 03, 2010

Page 1 of 1

DOCKET LEGAL SERVICES • 80 Howard Street NW, Atlanta, GA. 30314 • 4043793921